IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

VS.     CASE NO: 4:11CR40036-001

OSCAR MALDANADO-CRUZ
a/k/a JOSE A. PEREZ     DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss filed by the United States of America. (ECF No. 22). Pursuant to Fed R. Crim P. 48(a), the United States moves the Court to dismiss the Indictment filed on September 14, 2011, in this matter. Upon consideration of the same, the Court is of the opinion that same Motion should be granted. Therefore, the Indictment filed in this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 27th day of January, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge